IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Vazquez, Virginia E

Printed: 03/10/09

Case Number:  06 B 07525
Judge:  Hollis, Pamela S
Filed:  6/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  August 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,632.20 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,620.25 |
| Administrative: |  | 2,708.20 |
| Trustee Fee: |  | 303.75 |
| Other Funds: |  | 0.00 |
| Totals: | 5,632.20 | 5,632.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,708.20 | 2,708.20 |
| 2. | Internal Revenue Service | Priority | 5,753.08 | 2,620.25 |
| 3. | Capital One | Unsecured | 294.15 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 37.47 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 10.03 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 69.98 | 0.00 |
| 7. | Specialized Management Consultants | Unsecured | 54.24 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 511.08 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 79.06 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 161.30 | 0.00 |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | BP Amoco | Unsecured | | No Claim Filed |
| 13. | Gevalin Kaffe Import Service | Unsecured | | No Claim Filed |
| 14. | Lutheran General Hospital | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 16. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 17. | Spiegel | Unsecured | | No Claim Filed |
| | | | $ 9,678.59 | $ 5,328.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 90.11 |
| 5.4% | 149.23 |
| 6.5% | 64.41 |
| | $ 303.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vazquez, Virginia E | Case Number:  06 B 07525 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  6/27/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*